IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CHARIA ALYCE WILLIAMS,**

    Plaintiff,

v.                                                      Civil Action No. 3:23-cv-00784-RCY

**EQUIFAX INFORMATION SERVICES, LLC,**

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff CHARIA ALYCE WILLIAMS and Defendant EQUIFAX INFORMATION SERVICES, LLC *only* (collectively, the "Parties"), by and through their respective counsel, hereby submit this Joint Notice of Settlement.

The Parties have reached an agreement to settle the above-captioned matter in full and are in the process of finalizing the settlement and filing a dismissal with prejudice.

Dated: April 30, 2024                            *Respectfully submitted*,

                                                           **CHARIA ALYCE WILLIAMS**

                                                           By: */s/ Drew D. Sarrett*
                                                           Drew D. Sarrett (VSB No. 81658)
                                                           CONSUMER LITIGATION ASSOCIATES, P.C.
                                                           626 E. Broad Street, Suite 300
                                                           Richmond, Virginia 23219
                                                           Phone: (804) 905-9900
                                                           Fax: (757) 930-3662
                                                          E-mail: drew@clalegal.com

                                                          Stephen L. Flores (VSB No. 92900)
                                                          FLORES LAW, PLLC
                                                          530 E. Main Street, Suite 320
                                                          Richmond, Virginia 23219

Phone: (804) 238-9911
Fax: (804) 203-8717
E-mail: stephen@floreslawva.com

*Counsel for Plaintiff Charia Alyce Williams*


**EQUIFAX INFORMATION SERVICES, LLC**

By: */s/* John W. Montgomery, Jr.
John W. Montgomery, Jr., VSB #37149
Traylor, Montgomery & Elliott, PC
130 E. Wythe Street
Petersburg, VA 23803
Telephone: (804) 861-1122
Facsimile: (804) 733-6022
Email: jmontgomery@tmande.com

Eric F. Barton
*Admitted Pro Hac Vice*
SEYFARTH SHAW, LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309
Phone: (404) 885-6772
E-mail: ebarton@seyfarth.com
*Counsel for Defendant Equifax Information Services LLC*