IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CHARIA ALYCE WILLIAMS,**

    Plaintiff,

v.                                         Civil Action No. 3:23-cv-00784-RCY

**EQUIFAX INFORMATION SERVICES, LLC,**

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff CHARIA ALYCE WILLIAMS and Defendant EQUIFAX INFORMATION SERVICES, LLC, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action is ***dismissed with prejudice***.

Dated: June 25, 2024                       *Respectfully submitted*,

                                              **CHARIA ALYCE WILLIAMS**

                                              By: */s/ Drew D. Sarrett*
                                              Drew D. Sarrett (VSB No. 81658)
                                              CONSUMER LITIGATION ASSOCIATES, P.C.
                                              626 E. Broad Street, Suite 300
                                              Richmond, Virginia 23219
                                              Phone: (804) 905-9900
                                              Fax: (757) 930-3662
                                              E-mail: drew@clalegal.com

                                              Stephen L. Flores (VSB No. 92900)
                                              FLORES LAW, PLLC
                                              530 E. Main Street, Suite 320
                                              Richmond, Virginia 23219

Phone: (804) 238-9911
Fax: (804) 203-8717
E-mail: stephen@floreslawva.com

*Counsel for Plaintiff Charia Alyce Williams*

**EQUIFAX INFORMATION SERVICES, LLC**

By:  */s/* John W. Montgomery, Jr.
John W. Montgomery, Jr., VSB #37149
Traylor, Montgomery & Elliott, PC
130 E. Wythe Street
Petersburg, VA 23803
Telephone: (804) 861-1122
Facsimile: (804) 733-6022
Email: jmontgomery@tmande.com

Eric F. Barton
*Admitted Pro Hac Vice*
SEYFARTH SHAW, LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309
Phone: (404) 885-6772
E-mail: ebarton@seyfarth.com

*Counsel for Defendant Equifax Information Services LLC*